STERN KILCULLEN & RUFOLO, LLC
Herbert J. Stern
  hstern@sgklaw.com
Joel M. Silverstein
  jsilverstein@sgklaw.com
325 Columbia Turnpike, Suite 110
Florham Park, New Jersey 07932-0992
Telephone: 973.535.1900
Facsimile: 973.535.9664

GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous, Jr., *pro hac vice forthcoming*
  tboutrous@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendants*
*Chevron Corporation and Chevron U.S.A. Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MATTHEW J. PLATKIN, ATTORNEY GENERAL OF THE STATE OF NEW JERSEY; NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and CARI FAIS, ACTING DIRECTOR OF THE NEW JERSEY DIVISION OF CONSUMER AFFAIRS,<br><br>               *Plaintiffs*,<br><br>               v.<br><br>EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; BP P.L.C.; BP AMERICA INC.; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; PHILLIPS 66 COMPANY; SHELL PLC; SHELL OIL COMPANY; and AMERICAN PETROLEUM INSTITUTE, | Civil Action No. 3:22-cv-06733-ZNQ-RLS<br><br>Hon. Zahid N. Quraishi, U.S.D.J.<br>Hon. Rukhsanah L. Sing, U.S.M.J. |

*Defendants.*

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSIONS OF TIME AND TO SET BRIEFING SCHEDULE**

Plaintiffs, Matthew J. Platkin, New Jersey Department of Environmental Protection, and Cari Fais ("Plaintiffs"), and Defendants BP p.l.c., BP America Inc., Chevron Corporation, Chevron U.S.A. Inc., Exxon Mobil Corp., ExxonMobil Oil Corporation, Shell plc, Shell USA, Inc. (f/k/a Shell Oil Company), ConocoPhillips, ConocoPhillips Company, Phillips 66, Phillips 66 Company, and American Petroleum Institute (collectively, "Defendants") (Plaintiffs and Defendants are collectively referred to herein as "the Parties"), hereby stipulate and agree to, and request the Court to enter, the following schedule for briefing of Defendants' anticipated Motion to Stay and Plaintiffs' anticipated Motion to Remand:

WHEREAS, on October 18, 2022, Plaintiffs filed a Complaint against 12 defendants in the Superior Court of New Jersey Law Division, Mercer County, Docket No. MER-L-001797-22;

WHEREAS, on November 22, 2022, Defendants Chevron Corporation and Chevron U.S.A. Inc., with the consent of all properly named and served defendants, timely removed this action from Superior Court of New Jersey Law Division, Mercer County to this Court;

WHEREAS, Defendants' responses to Plaintiffs' Complaint are currently due by December 13, 2022;

WHEREAS, Plaintiffs intend to file a Motion to Remand, which Defendants intend to oppose;

WHEREAS, petitions for writs of certiorari to the United States Supreme Court are currently pending in *Suncor Energy (U.S.A.) Inc. v. Board of County Commissioners of Boulder County*, No. 21-1550 (U.S.) ("*Suncor*"), *Mayor & City Council of Baltimore v. BP*, No. 22-361

2

(U.S.) ("*Baltimore*"), and *Chevron Corp. v. San Mateo Cnty.*, No. 22-495 (U.S.) ("*San Mateo*"), and defendants' forthcoming petition for a writ of certiorari seeking review of the Third Circuit's decision in *City of Hoboken v. Chevron Corp.*, 45 F.4th 699 (3d Cir. 2022) is due December 29, 2022;

WHEREAS, Defendants believe that remand and removal briefing should be deferred until after the aforementioned proceedings in the Supreme Court have concluded and, accordingly, Defendants intend to file a Motion to Stay proceedings in this case pending the conclusion of these Supreme Court proceedings, which Plaintiffs intend to oppose;

WHEREAS, the Parties recognize that the Court may not be able to so order the below stipulation before Defendants' current deadline to respond to the Complaint, and the Parties therefore agree to abide by the terms of this joint stipulation irrespective of whether the Court is able to act before that time;

WHEREAS, this stipulation does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of subject matter jurisdiction, or lack of personal jurisdiction, insufficient process, or insufficient service of process;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Plaintiff's Motion to Remand shall be due by December 22, 2022.  The December 22, 2022 deadline does not apply to the Memorandum and Points of Authorities in Support of the Motion to Remand or any other supporting briefs and other materials, as described below.

2. Defendants shall file a Motion to Stay by December 22, 2022; Plaintiffs shall file their response by January 23, 2023; and Defendants shall file their reply by February 13, 2023.

3. Plaintiffs' Memorandum of Points and Authorities in Support of Remand shall be filed by March 13, 2023; Defendants' opposition shall be due within 30 days thereafter; and Plaintiff's reply shall be due within 21 days thereafter.

4. Defendants do not, by agreeing to the procedures herein to have the Court consider and adjudicate the Motion to Stay or Motion to Remand prior to any further proceedings, waive their objections to personal jurisdiction, insufficient process, or insufficient service of process. Plaintiffs agree that they will not assert in federal or state court that there has been any waiver of personal jurisdiction because of the Parties' agreement to have the Court consider and adjudicate the Motion to Stay or Motion to Remand prior to the filing of Motions to Dismiss.

5. If the Court denies Plaintiffs' Motion to Remand, the Defendants will file any Motions to Dismiss within 60 days of an Order denying the Motion to Remand. The Parties will also promptly meet and confer regarding an appropriate briefing schedule for Oppositions and Replies and page limits for Motions to Dismiss briefing and will endeavor to jointly submit a proposal to the Court within 10 days of the Court's order denying Plaintiffs' Motion to Remand. If the Parties are not able to agree on a proposed briefing schedule, they will submit separate proposals to the Court. If the Court grants Plaintiffs' Motion to Remand, the Parties agree to request the same deadlines from the Superior Court of New Jersey.

6. No Defendant is required to file an Answer or Motion to Dismiss or otherwise respond to the Complaint before, and in accordance with, the entry by the Court, or the state court, of a schedule for briefing Defendants' Motions to Dismiss as addressed in Paragraph 5.

7. The deadline to serve Rule 26(a) Initial Disclosures and the issuance of a Rule 16(b) Scheduling Order be stayed until *after* the Court has ruled on the Motion to Remand. Accordingly,

the scheduling conference currently set for January 31, 2023, and any accompanying deadlines, (Dkt. No. 33), will be vacated and taken off calendar.

| | |
|---|---|
| Dated: December 2, 2022 | Respectfully submitted, |
| MATTHEW J. PLATKIN,<br>Attorney General of the State of New Jersey | By: */s/ Herbert J. Stern*<br>Herbert J. Stern |
| By: */s/ Andrew Reese*<br>ANDREW REESE<br>    (Attorney ID No. 024662000)<br>MONISHA A. KUMAR<br>    (Attorney ID No. 900212012)<br>DANIEL P. RESLER<br>    (Attorney ID No. 324172020)<br>MONICA E. FINKE<br>    (Attorney ID No. 332512020)<br>Deputy Attorneys General<br>STATE OF NEW JERSEY ATTORNEY GENERAL OFFICE DEPARTMENT OF LAW PUBLIC SAFETY DIVISION OF LAW<br>Richard J. Hughes Justice Complex<br>25 Market St., P.O. Box. 093<br>Trenton, New Jersey 08625-0093<br>Tel: (609) 376-2789<br>Email:  Andrew.Reese@law.njoag.gov<br>         Monisha.Kumar@law.njoag.gov<br>         Daniel.Resler@law.njoag.gov<br>         Monica.Finke@law.njoag.gov | STERN, KILCULLEN & RUFOLO, LLC<br>Herbert J. Stern<br>hstern@sgklaw.com<br>Joel M. Silverstein<br>jsilverstein@sgklaw.com<br>325 Columbia Turnpike, Suite 110<br>Florham Park, New Jersey  07932-0992<br>Telephone: 973.535.1900<br>Facsimile: 973.535.9664<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Theodore J. Boutrous, Jr., *pro hac vice forthcoming*<br>tboutrous@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Joshua D. Dick, *pro hac vice forthcoming*<br>jdick@gibsondunn.com<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: 415.393.8200<br>Facsimile: 415.374.8451 |
| Victor M. Sher (*pro hac vice forthcoming*)<br>Matthew K. Edling (*pro hac vice forthcoming*)<br>Katie H. Jones (*pro hac vice forthcoming*)<br>Quentin C. Karpilow (*pro hac vice forthcoming*)<br>Paul M. Stephan<br>    (Attorney ID No. 275272018)<br>Naomi D. Wheeler (*pro hac vice forthcoming*)<br>SHER EDLING LLP | *Attorneys for Defendants Chevron Corporation and Chevron U.S.A. Inc.*<br><br>*/s/ Loly G. Tor*<br>Loly G. Tor<br>K&L Gates LLP<br>One Newark Center, Tenth Floor<br>Newark, NJ 07102<br>Tel.: (973) 848-4000 |


100 Montgomery Street, Suite 1410  
San Francisco, CA 94104  
(628) 231-2500  
Email:  vic@sheredling.com  
       matt@sheredling.com  
       katie@sheredling.com  
       quentin@sheredling.com  
       paul@sheredling.com  
       naomi@sheredling.com  

*Attorneys for Plaintiffs*

---

Fax: (973) 848-4001  
Email: loly.tor@klgates.com  

David C. Frederick (*pro hac vice* forthcoming)  
James M. Webster, III (*pro hac vice* forthcoming)  
Daniel S. Severson (*pro hac vice* forthcoming)  
KELLOGG, HANSEN, TODD,  
  FIGEL & FREDERICK, P.L.L.C.  
1615 M Street, N.W., Suite 400  
Washington, D.C. 20036  
Tel.: (202) 326-7900  
Fax: (202) 326-7999  
Email: dfrederick@kellogghansen.com  
Email: jwebster@kellogghansen.com  
Email: dseverson@kellogghansen.com  

*Counsel for Shell plc and*  
*Shell USA, Inc. (f/k/a Shell Oil Company)*

ARNOLD & PORTER  
KAYE SCHOLER LLP  

 /s/ Paul J. Fishman  
Paul J. Fishman  
One Gateway Center, Suite 1025  
Newark, NJ 07102  
Tel:  (973) 776-1901  
Fax:  (973) 776-1919  
paul.fishman@arnoldporter.com  

Samuel N. Lonergan  
Nancy G. Milburn (*pro hac vice* forthcoming)  
Diana E. Reiter (*pro hac vice* forthcoming)  
250 West 55th Street  
New York, NY 10019-9710  
Tel:  (212) 836-8000  
Fax:  (212) 836-8689  
samuel.lonergan@arnoldporter.com  
nancy.milburn@arnoldporter.com  
diana.reiter@arnoldporter.com  

John D. Lombardo (*pro hac vice* forthcoming)  
777 South Figueroa Street, 44th Floor  
Los Angeles, CA 90017-5844  
Tel:  (213) 243-4000

Fax:  (213) 243-4199
john.lombardo@arnoldporter.com

Jonathan W. Hughes (*pro hac vice* forthcoming)
3 Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel:  (415) 471-3156
Fax:  (415) 471-3400
jonathan.hughes@arnoldporter.com

*Attorneys for Defendants BP P.L.C.
and BP AMERICA INC.*


Theodore V. Wells Jr.
Daniel J. Toal (*pro hac vice* forthcoming)
Yahonnes Cleary (*pro hac vice* forthcoming)
Caitlin Grusauskas (*pro hac vice* forthcoming)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
Email: twells@paulweiss.com
Email: dtoal@paulweiss.com
Email: ycleary@paulweiss.com
Email: cgrusauskas@paulweiss.com

*Attorneys for Defendants,
Exxon Mobil Corp. and ExxonMobil Oil Corp.*


Riker Danzig LLP
By:     /s/ Anthony J. Zarillo, Jr.
Anthony J. Zarillo, Jr. (azarillo@riker.com)
Jeffrey M. Beyer (jbeyer@riker.com)
Youngjin Park (ypark@riker.com)
One Speedwell Avenue
Morristown, NJ  07962-1981
(973) 538-0800

MCGUIREWOODS LLP
Brian D. Schmalzbach*
800 East Canal Street
Richmond, VA 23219

7

(804) 775-4746
bschmalzbach@mcguirewoods.com

Kathryn M. Barber*
800 East Canal Street
Richmond, VA 23219
(804) 775-1227
kbarber@mcguirewoods.com

* *Pro hac vice* application forthcoming

*Attorneys for Defendant*
*American Petroleum Institute*


By.  */s/ Jeffrey S. Chiesa*
Jeffrey S. Chiesa

Jeffrey S. Chiesa (NJ Bar No. 031271990)
  jchiesa@csglaw.com
Dennis M. Toft (NJ Bar No. 019071982)
  dtoft@csglaw.com
Michael K. Plumb (NJ Bar No. 003622011)
  mplumb@csglaw.com
CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, NJ 07052
(973) 325-1500

Rebecca Weinstein Bacon*
  rweinstein.bacon@bartlitbeck.com
BARTLIT BECK LLP
Courthouse Place
54 West Hubbard Street
Chicago, IL 60654
(312) 494-4400

Daniel R. Brody*
  dan.brody@bartlitbeck.com
Jameson R. Jones*
  jameson.jones@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street
Suite 1200
Denver, CO 80202

8

(303) 592-3120

LATHAM & WATKINS LLP
Steven M. Bauer (*pro hac vice forthcoming*)
Margaret A. Tough (*pro hac vice forthcoming*)
Katherine A. Rouse (*pro hac vice forthcoming*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel.: (415) 391-0600
Fax: (415) 395-8095
steven.bauer@lw.com
margaret.tough@lw.com
katherine.rouse@lw.com

\* *Pro hac vice applications forthcoming*

*Attorneys for Defendants ConocoPhillips and ConocoPhillips Company*

By: *s/ Diane Fleming Averell*
PORZIO, BROMBERG & NEWMAN, P.C.
Diane Fleming Averell (DA3899)
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
Tel.: (973) 538-4006
Fax: (973) 538-5146
dfaverell@pbnlaw.com

LATHAM & WATKINS LLP
Steven M. Bauer (*pro hac vice forthcoming*)
Margaret A. Tough (*pro hac vice forthcoming*)
Katherine A. Rouse (*pro hac vice forthcoming*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel.: (415) 391-0600
Fax: (415) 395-8095
steven.bauer@lw.com
margaret.tough@lw.com
katherine.rouse@lw.com

*Attorneys for Defendants Phillips 66 and Phillips 66 Company*

**Granted.  Given the protracted briefing schedule sought by the parties, they are to refrain from filing their motion papers on the docket on the deadlines they propose; they are to instead serve their briefs on each other on the proposed deadlines; on the same day that briefing on a motion is completed, the parties shall file then their respective submissions on the docket, with the appropriate Notice of Motion.**

SO ORDERED this 5th day of December 2020.

_____
Hon. Zahid N. Quraishi, U.S.D.J.