RIKER DANZIG LLP
Anthony J. Zarillo, Jr. (azarillo@riker.com)
Jeffrey M. Beyer (jbeyer@riker.com)
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

*Attorneys for Defendant,*
*American Petroleum Institute*

| | |
|---|---|
| MATTHEW J. PLATKIN, ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, and CARI FAIS, ACTING DIRECTOR OF THE NEW JERSEY DIVISION OF CONSUMER AFFAIRS,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORP., BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON U.S.A. INC., CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, PHILLIPS66 COMPANY, SHELL PLC, SHELL OIL COMPANY, and AMERICAN PETROLEUM INSTITUTE,<br><br>　　　　　　　　　　　Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 3:22-cv-06733-ZNQ-RLS<br><br>*DOCUMENT FILED ELECTRONICALLY* |

### ORDER GRANTING *PRO HAC VICE* ADMISSION TO JEREMIAH J. ANDERSON, ESQ.

**THIS MATTER** having been opened to the Court by Defendant American Petroleum Institute ("API"), by and through its attorneys, Riker Danzig LLP, seeking the entry of an Order admitting Jeremiah J. Anderson, Esq. of the law firm McGuireWoods LLP as counsel *pro hac vice* pursuant to Local Civil Rule 101.1, and the Court having considered the Declaration of Jeremiah J. Anderson; and for good cause shown,

1

**IT IS** on this 27th day of April, 2023,

**ORDERED** that API's Application is granted, and Jeremiah J. Anderson is hereby admitted to practice *pro hac vice* before this Court pursuant to Local Rule 101.1, for all purposes and in all proceedings connected with this litigation; and it is further

**ORDERED** that Jeremiah J. Anderson shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting their standing at the bar of any court; and it is further

**ORDERED** that Jeremiah J. Anderson shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a) within 30 days of entry of this Order for this calendar year (if they have not already made such payment for this year) and shall continue to make such payment for each calendar year in which he continue to represent API before this Court; and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and it is further

**ORDERED** that Jeremiah J. Anderson shall comply with the provisions of L. Civ. R. 101(c)(3) and submit payment to the Clerk of the Court for the District of New Jersey; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court on behalf of API in this litigation shall be signed by an attorney-at-law employed by the law firm of Riker Danzig LLP, said attorney being authorized to practice in the District of New Jersey and maintaining an office in the District of New Jersey, who shall be held responsible for the conduct of Jeremiah J. Anderson.

**IT IS SO ORDERED.**

/s/ Rukhsanah L. Singh
HON. RUKHSANAH L. SINGH, U.S.M.J.